GEORGE E. BLACKWELL v. CHARLES E. FINLAY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

DELANCEY T. SMITH and Others v. WINDER E. GOLDSBOROUGH.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

ARNOLD C. HANSEN v. GRIGORI BENENSON.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of MARY A. EARLY, Deceased.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

MARTIN ZIMMERMAN v. WILLIAM E. HAWKINS.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

STRUCTURAL ENGINEERING CORPORATION v. EDWARD T. KENNARD.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of EMPIRE STATE SURETY COMPANY.    (Claim of the UNITED STATES OF AMERICA, Surety Claim No. 122.) — Motion granted.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of CASUALTY COMPANY OF AMERICA.    (Claim of CLAUDE M. BADGLEY, Miscellaneous Claim No. 1.)— Motion denied.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

MAE FINK v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for stay pending appeal granted.    Settle order on notice.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

STUART ROBSON v. WINCHELL SMITH and Others, Impleaded, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

BRESLIN SHIRT COMPANY v. UNITED STATES FIDELITY & GUARANTY COMPANY.— Motion for stay pending appeal granted.    Settle order on notice.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK v. JAMES D. CLIFFORD.— Motion for stay denied unless defendant within five days give an undertaking, to be duly approved, in the sum of $15,000 to pay any judgment which may be rendered against him herein. Settle order on notice.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.

BENJAMIN PITOFF v. WESTINGHOUSE, CHURCH, KERR & COMPANY, INC.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Page, Merrell and Greenbaum, JJ.